# Third District Court of Appeal
## State of Florida

Opinion filed February 7, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1072
Lower Tribunal No. F18-5015
_____


**Lazaro Torres,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Ariana Fajardo Orshan, Judge.

Carlos J. Martinez, Public Defender, and Susan S. Lerner, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and David Llanes, Assistant Attorney General, for appellee.


Before EMAS, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.  See McLean v. State, 934 So. 2d 1248 (Fla. 2006).